UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VICTORIA WATERMAN,

                Plaintiff,

    -v-                                   05 Civ. 2191 (GEL)

REGISTER.COM, INC. et al.,              ORDER

                Defendants.

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

      ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. The prior ordered motion schedule is adjourned sine die.

SO ORDERED.

Dated: New York, New York
          November 9, 2006

                                                        GERARD E. LYNCH
                                                     United States District Judge