UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIA WATERMAN,

                          Plaintiff,

- against -

REGISTER.COM, INC., OFFICETEAM, INC., a division of
ROBERT HALF INTERNATIONAL, INC. and
DANIEL SORAVILLA,

                         Defendants.

05-CV-2191
(GEL)

**STIPULATION OF
DISMISSAL
WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that the Second Amended Complaint, and all other complaints filed in the above-captioned action are dismissed, with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Dated: December 19, 2006

| | |
|---|---|
| **LEVINE & BLIT, PLLC** | **NIXON PEABODY LLP** |
| By: _____<br>Matthew Blit (MB-4145) | By: _____<br>Jerome P. Coleman (JC-7818) |
| 350 Fifth Avenue, Suite 6902<br>New York, New York 10118<br>(212) 967-3000 | 437 Madison Avenue<br>New York, New York 10022<br>(212) 940-3171 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Register.com* |

10227795.1

FOX ROTHCHILD LLP

By: _____
    Jonathan Meyers (JM-0620)

75 Eisenhower Parkway
Roseland, New Jersey 07068
973-992-4800

*Attorneys for Defendant Daniel Soravilla*

SO ORDERED:

_____
Gerard E. Lynch
United States District Judge

Dated: December __, 2006
       New York, New York

1/2/07